# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



Juan Carlos Arroyo Reyes

v

**CIVIL CASE:  98-1079 (JAF)**

United States of America

---

| DESCRIPTION OF MOTION | |
|---|---|
| **DATE FILED**: 4/10/01   **DOCKET #:**  9 | **TITLE:**  MOTION by Juan Carlos Arroyo-Reyes \|for Reconsideration of [4-1] judgment\| |
| **BY:**  Plaintiff | |

## O-R-D-E-R

Denied

_____          _____
           DATE                                              JOSE A. FUSTE
                                              UNITED STATES DISTRICT JUDGE