UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN CARLOS ARROYO REYES,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CIVIL NO.3:98-cv1079
DC DKT NO.Cr-94-060(JAF)



## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Petitioner Juan Carlos Arroyo Reyes, pro-se and in forma pauperis hereby appeals to the United States Court of Appeals for the First Circuit from the decision entered by the United States District Court of Puerto Rico on May 21, 2001, denying petitioner's motion filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure on March 5, 2001.

                                        Respectfully submitted,

                                        *Juan C. Arroyo Reyes*
                                        Juan Carlos Arroyo-Reyes
                                        #09362-069  B/A
                                        FCI Talladega
                                        PMB 1000
                                        Talladega, AL 35160

Executed this 7th day of June, 2001

cc: Office Clerk U.S. District Court
    Office Clerk U.S. Court of Appeals First Circuit
    Miguel A. Pereira, AUSA
    File

Application to proceeding in forma pauperis enclosed.

Page 1 of 1.  CCA 6/25/01