# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



Juan Carlos Arroyo Reyes

v.

USA

CIVIL CASE: 98-1079 (JAF)

RECEIVED & FILED
01 JUL 20 AM 9:44
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| Date: 6/22/01 | Docket#: 11 | MOTION by Juan Carlos Arroyo-Reyes |to Proceed in Forma Pauperis| |
|---|---|---|
| By: Plaintiff | | |

### O-R-D-E-R

[X] GRANTED

[ ] DENIED

[ ] NOTED

[ ] MOOT

7/19/2001
Date

CCA
7/20/01

Jose A. Fuste
United States District Judge

(12)