UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO





Juan Carlos Arroyo-Reyes

v.                                                          CIVIL CASE:   98-1079 (JAF)

United States of America

### DESCRIPTION OF MOTION

| Date: 7/22/03 | Docket #: 19 | MOTION by Juan Carlos Arroyo-Reyes, pro se |Requesting Certificate of Appealability.| |
|---|---|---|
| By: Plaintiff | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: Denied. See docket entry #7. Cert. of app. previously denied

___11/17/03___  
Date

___Jose A. Fuste___  
Jose A. Fuste
United States District Judge