UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUAN CARLOS ARROYO-REYES,                CASE NO. 98-1079(JAF)

    Petitioner-Appellant,

vs.

UNITED STATES OF AMERICA,

    Respondent-Appellee.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Juan Carlos Arroyo-Reyes (the Defendant) in the above named case, hereby appeal to the United States Court of Appeals for the First Circuit from an order denying Rule 60(b) Motion entered in this action on the 21st day of November, 2003. (<u>See</u> Order, attached).

Respectfully submitted,

_____
JUAN CARLOS ARROYO-REYES
Reg. No. 09362-069
2680 Highway 301 South
Jesup, GA 31599

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via United States Postal Service on this **22nd** day of **December, 2003,** to the office of Miguel A. Pereira, Assistant United States Attorney, Room 452, Carlos Chardon Street, Hato Rey, Puerto Rico 00918.

_____
JUAN CARLOS ARROYO-REYES

☑ FILING FEES PENDING
☐ FILING FEES PAID
  1 S/C APPEAL'S CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO




RECEIVED & FILED
NOV 21 2003
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

Juan Carlos Arroyo-Reyes

v.

United States of America

CIVIL CASE: 98-1079 (JAF)

---

### DESCRIPTION OF MOTION

| Date: 7/22/03 | Docket #: 19 | MOTION by Juan Carlos Arroyo-Reyes, pro se |Requesting Certificate of Appealability.| |
|---|---|---|
| By: Plaintiff | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: Denied. See docket entry #7. Cert. of app. previously denied

11/17/03
Date

Jose A. Fuste
United States District Judge