UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE: February 25, 2004

DC #: 98-1079 (JAF)

APPEAL FEE PAID: YES ____ NO _X_

CASE CAPTION: Juan C. Arroyo-Reyes v. USA

IN FORMA PAUPERIS: YES _X_ NO ____

MOTIONS PENDING: YES _X_ NO ____

NOTICE OF APPEAL FILED BY: Plaintiff

APPEAL FROM: Order entered on 11/21/03

SPECIAL COMMENTS: Copies of original documents

INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:

DOCUMENTS:                                                          VOLUMES:

**Docket Entries  18-23**                                                I
**(Record requested to FRC)**

I HEREBY certify that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk

Arroyo by mail