# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



| Juan Carlos Arroyo-Reyes<br><br>v.<br><br>United States of America | CIVIL CASE: 98-1079   (JAF) |
|---|---|

| DESCRIPTION OF MOTION |||
|---|---|---|
| Date: 1/29/04 | Docket #: 22 | MOTION for Leave to Appeal in forma pauperis filed by Juan Carlos Arroyo-Reyes |
| By: | | |

| O-R-D-E-R |
|---|
| ☐  GRANTED |
| ☐  DENIED |
| ☐  NOTED |
| ☐  MOOT |
| OTHER:            GRANTED. |
| |
| |
| |
| |
| |

|  _____3/5/04_____  | _____s/ José Antonio Fusté_____ |
|---|---|
| Date | Jose A. Fuste<br>United States District Judge |