## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record to the Court of Appeals

DATE: March 10, 2004

DC #: 98-1079 (JAF)

CCA #: 04-1298

CASE CAPTION: Juan C. Arroyo-Reyes   v.   USA

SPECIAL COMMENTS: Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                              VOLUMES:

Docket Entries  1-25  (#21-23 are copies)                  I

[Docket Entries 18-23 certified on 02/25/04]

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #:     _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk
    AUSA