UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Juan Carlos Arroyo-Reyes

v.

United States of America

CIVIL CASE: 98-1079 (JAF)

| DESCRIPTION OF MOTION | | |
|---|---|---|
| Date: 1/29/04 | Docket #: 23 | MOTION for Certificate of Appealability filed by Juan Carlos Arroyo-Reyes |
| By: Plaintiff | | |

### O-R-D-E-R

☐ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER: Denied. This is the third request of the type filed by Mr. Arroyo-Reyes. See docket # 15 & 20.

3/17/04
Date

Jose A. Fuste
United States District Judge