# United States Court of Appeals
## For the First Circuit

No. 04-1298

JUAN CARLOS ARROYO-REYES

Petitioner - Appellant        98-1079 (JAF)

v.

UNITED STATES

Respondent - Appellee

**JUDGMENT**
**Entered: April 6, 2004**

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
04 APR 19 PM 4:
RECEIVED & FILED

By order entered March 16, 2004, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by March 30, 2004 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

By the Court:
Richard Cushing Donovan, Clerk

**AMY B. LEDERER**
By:_____
       Appeals Attorney

[cc: Juan Carlos Arroyo Reyes, Humberto S. Garcia, Esq. and Thomas F. Klumper, Esq]