# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 04-1298

JUAN CARLOS ARROYO-REYES

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

ORDER OF COURT

Entered: April 23, 2004

Appellant has filed a "Motion to Show Cause why the Instant Claim for Relief Should be Adjudicated" which we construe, in part, as a motion to reopen. The motion to reopen is granted.

By the Court:
Richard Cushing Donovan, Clerk

By _____
Chief Deputy Clerk

cc:  Juan Carlos Arroyo Reyes
     Humberto S. Garcia, Esq.
     Thomas F. Klumper, Esq.

Direct Recipients:
     Juan Carlos Arroyo Reyes
     Humberto S. Garcia, Esq.
     Thomas F. Klumper, Esq.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: _____ Date: 4-28-04